IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**TERRENCE CROTEAU,**

**Defendant.**                                                **No. 05-CR-30104-DRH**

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

Now before the Court is Defendant Terrence Croteau's motion to continue this cause **(Doc. 26)**. Defendant asks to continue the trial in order to have adequate time to review the voluminous discovery that will be produced by the government and to accommodate his trial counsel's schedule. The government does not object. The Court being fully advised in the premises finds pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial.

Therefore, the Court **GRANTS** Defendant's motion to continue **(Doc. 26)**. The Court **CONTINUES** the jury trial scheduled for Monday, August 22, 2005 at 9:00 a.m. to **Monday, April 10, 2006 at 9:00 a.m.** The time from the date the original motion was filed, July 6, 2005, until the date to which the trial is rescheduled, April 10, 2006, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 7th day of July, 2005.

/s/   David RHerndon<br>**United States District Judge**