IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERRENCE CROTEAU,

    Defendant.                                 Case No. 05-CR-30104-DRH

## ORDER

**HERNDON, District Judge:**

        This matter is before the Court on the application of the United States of America to designate the within case a "Multiple Victim case" under the Justice for All Act of 2004, **18 U.S.C. §3771** (Doc. 34). The government has represented that there are several thousand victims of the purported fraud charged in the indictment and that formal compliance with all of the provisions of the Act is impracticable.

        Pursuant to **18 U.S.C. §3771(d)(2)**, the Court finds that the number of crime victims makes it impracticable to accord all of the crime victims all of the rights described in **§ 3771(a)**. Accordingly, said Motion (Doc. 34) is hereby **GRANTED**.

        The Court therefore orders that the notice and consultation requirements in subsections **(2)** and **(5)** of **§ 3771(a)** may be met by a single mailing by the government to the last known address of the identifiable victims advising them of a web site the government will create that the victims may access to obtain current

information about the progress of the within case.  The Court determines that such a procedure would give effect to the Act but will not unduly complicate or prolong the proceeding.

**IT IS SO ORDERED.**

Signed this 16th day of March, 2006.

/s/          David   RHerndon
**United States District Judge**
