IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**TERRENCE CROTEAU,**

    **Defendant.**                                         **Case No. 05-CR-30104-DRH**

<u>**ORDER**</u>

**HERNDON, District Judge:**

    This matter is before the Court on an Agreed Motion to Continue Trial Date in Contemplation of Guilty Plea (Doc. 36). The current trial date is set for April 10, 2006, but counsel for both parties believe that they have reached a plea agreement which would be acceptable to the Court (*Id*. at ¶ 3). However, if the Court should not accept the plea agreement, counsel for defendant would require additional time to prepare for trial and therefore requests a continuance of at least forty-five days from the current trial setting (*Id*. at ¶¶ 3-4).

    The Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial. Therefore, the Court **GRANTS** Agreed Motion to Continue Trial Date in Contemplation of Guilty Plea (Doc. 36). The Court **CONTINUES** the jury trial scheduled for Monday, April 10, 2006, at 9:00 a.m. and reschedules it for **Monday, June 12, 2006 at 9:00 a.m.** The time from the date the

motion to continue (Doc. 36) was filed, March 20, 2006, until the date to which the trial is rescheduled, June 12, 2006, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 22nd day of March, 2006.

<u>        /s/         David   RHerndon</u>
**United States District Judge**