IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**TERRENCE CROTEAU,**

    **Defendant.**　　　　　　　　　　　　**Case No. 05-CR-30104-DRH**

## ORDER

**HERNDON, District Judge:**

      This matter is before the Court on the (Sealed) Motion by the Government for permission to include information on its publically accessible internet site[1] with respect to the scheduled change in plea of the Defendant (Doc. 39). The Government notes that public disclosure of such information may, in fact, conflict with **CIVIL LOCAL RULE 83.3 "Fair Trial, Free Press"** (*Id.*). Specifically, **CIV. L. R. 83.3(a)**, entitled "Duties of Lawyers," appears to prohibit public disclosure of "the possibility of a plea of guilty or innocence . . ." (*Id.*). However, the Court notes that in this instance, there is more than just a possibility that exists – a change of plea hearing has been scheduled in this matter for May 16, 2006 (Doc. 38).

      Moreover, under the Justice For All Act of 2004 (the "Act"), a district court is encouraged, when there are multiple crime victims involved in a case such

---

[1] *See* Doc. 35 – Order granting Government's Motion to Designate Case a Multiple Victim Case under the Justice for All Act of 2004, 18 U.S.C. § 3771.

as this one, fashion a reasonable procedure to ensure the victims are afforded their rights under the Act[2] that does not unduly complicate or prolong the proceedings.

Whereby the Court, finding that such disclosure would not create the type of harm **Civ. L. R. 83.3(a)** seeks to prevent, and given the strong interest in fulfilling Congress's mandate in providing information to victims via Court-approved means (the web site), hereby **GRANTS** the Government's Motion (Doc. 39). Accordingly, the Government is allowed to make a public disclosure on its web site of a scheduled change in plea by the Defendant. Further, this Order will not be filed under seal.

**IT IS SO ORDERED**.

Signed this 27th day of April, 2006.

/s/          David   RHerndon
**United States District Judge**

---

[2] Under the Act, a crime victim has the following rights:
  (1) The right to be reasonably protected from the accused.
  (2) The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused.
  (3) The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding.
  (4) The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding.
  (5) The reasonable right to confer with the attorney for the Government in the case.
  (6) The right to full and timely restitution as provided in law.
  (7) The right to proceedings free from unreasonable delay.
  (8) The right to be treated with fairness and with respect for the victim's dignity and privacy.

**18 U.S.C. § 3771(a)**.