IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERRENCE CROTEAU,

    Defendant.                                    Case No. 05-CR-30104-DRH

## ORDER

**HERNDON, District Judge:**

        Defendant Terrence Croteau has filed a Motion to Continue Sentencing (Doc. 49). Defendant's Sentencing hearing is currently scheduled for September 22, 2006. However, Defendant's attorney has a personal conflict with this date and therefore requests the hearing be rescheduled. The Government does not object. Therefore, the Court **GRANTS** Defendant's Motion (Doc. 49) and reschedules the Sentencing Hearing for **Thursday, November 2, 2006 at 9:30 a.m.**

        **IT IS SO ORDERED.**

        Signed this 18th day of September, 2006.

                                                      /s/       David RHerndon
                                          **United States District Judge**